United States District Court
For the Northern District of California

1

2

3               UNITED STATES DISTRICT COURT

4               NORTHERN DISTRICT OF CALIFORNIA

5                      OAKLAND DIVISION

6

7    In re JERRY STANLEY,                    No. C 12-0379 PJH (PR)

8               Plaintiff                    **ORDER OF DISMISSAL**
                                    /
9

10         This case was opened when plaintiff wrote a letter to the court regarding his legal

11   mail.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that

12   he had not filed a complaint and was given thirty days to do so.  He also was sent a notice

13   that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP");

14   again, he was allowed thirty days to either pay the fee or file the application.  A copy of the

15   court's form for applications to proceed IFP was provided with the notice, along with a

16   return envelope.

17         No response has been received.  This case is therefore **DISMISSED** without

18   prejudice.  No fee is due.  The clerk shall close the file.

19         **IT IS SO ORDERED.**

20   Dated: March 8, 2012

21                                           PHYLLIS J. HAMILTON
                                             United States District Judge

22

23

24

25

26

27

28   G:\PRO-SE\PJH\CR.12\STANLEY379.DSM-IFP.wpd